# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JESNER MALIVERT, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                        Case No. 6:06-cv-1118-Orl-28KRS

COVERT PAINTING, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and Stipulated Final Judgment (Doc. No. 30) filed March 2, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 16, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The collective action allegations of the complaint are dismissed.

    3.    The Motion for Approval of Settlement is **GRANTED**. The settlement agreement submitted with the joint motion (Doc. 30-2), is approved as to Plaintiffs Malivert

and Laborde only, except for the confidentiality provision in paragraph 2B of the settlement agreement.

    4.    This case is dismissed with prejudice.

    5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of April, 2007.

                              JOHN ANTOON II
                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party